UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

**Date:** January 7, 2009

WILMORT FRAISAR,
    Petitioner,
    V.
TOM CORBETT, et al.,
    Respondents.

**CA    09-10**

This office has received your   Petition for writ of habeas corpus

| | |
|---|---|
| _____ | The papers have been submitted to a member of the court for disposition; you will be advised of any decision. |
| _____ | The forms you requested are enclosed. |
| _____ | Due to technical defects, the pleading(s) cannot be accepted. Please correct the defect(s) checked below: |
| _____ | Failure to include $150.00 filing fee for a civil complaint or to submit proper in forma pauperis petition |
| __X__ | Failure to include $5.00 filing fee for a habeas corpus petition or to submit proper in forma pauperis petition |
| _____ | Failure to complete or sign pauper's affidavit |
| _____ | Failure to submit complaint on proper 1983 forms, supplied by the Clerk Failure to submit petition on proper 2254 forms, supplied by the Clerk |
| _____ | Failure to sign complaint or petition. |
| _____ | Failure to furnish the correct number of copies of complaint and accompanying pleadings; must submit original and a separate, accurate copy for each defendant of all papers |
| _____ | Failure to file separate petition for each conviction, attacking more than one judgment |
| _____ | Failure to furnish correct number of copies of petition and accompanying papers |
| _____ | Failure to submit pleadings to the court on paper no larger than 8 1/2 by 11 inches |
| _____ | Failure to include certificate of authorized officer as to amount of money and securities on deposit in prison account or proper affidavit of non-compliance |
| _____ | Failure to attach certificate of service regarding supplemental pleadings, after complaint or petition had |

|                            | been submitted and/or filed |
| ---                        | --- |
| _____     | Failure to attach a proper certificate of service; service is not made upon the Clerk for distribution to the parties; this is the responsibility of the moving party |
| _____     | Except by leave of court, discovery material is no longer accepted for filing according to Local Rule 5.5 |

_____ Other:

Please submit either the $5.00 filing fee or a motion for leave to proceed in forma pauperis (copy enclosed) by January 28, 2009.

ROBERT C. MITCHELL  
UNITED STATES MAGISTRATE JUDGE



BY: Sheldon Catz  
    Law Clerk

NOTE: IT IS YOUR OBLIGATION TO KEEP THE COURT INFORMED OF ALL CHANGES OF ADDRESS